UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA NUNEZ<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY SHERIFF'S OFFICE; TYLER MACREADY; ARTURO CORONA; ANDRES LOPEZ; IRENE SHELVAY; DEPUTY SHERIFF BOLES; DOES ONE through TWENTY<br><br>Defendants. | Case No.: 2:21-cv-00002-TLN-DB<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

**ORDER**

Upon review of the parties' Stipulation and Joint Request to Modify Scheduling Order for Good Cause (the "Stipulation"), and pursuant to Fed. R. Civ. Proc. Rules 16(b), the Court hereby makes the following determinations and orders:

1. There is good cause to modify the Pretrial Scheduling Order issued January 4, 2021 [Doc. # 3] as a result of COVID-19, related shelter-in-place orders and social distancing orders, and associated difficulties in the Parties' ability to complete necessary discovery.

2. The Scheduling Order is hereby modified as follows:

| Deadline/Event | Current Date | Modified Date |
|---|---|---|
| Fact Discovery Completion Date | September 29, 2021 | December 31, 2021 |
| Expert Disclosure | Sixty (60) days after discovery cut-off | No Change<br>March 1, 2022 |
| Supplemental Expert Disclosure | Thirty (30) days after initial expert disclosure | No Change<br>March 31, 2022 |
| Supplemental Discovery Cut- | Thirty (30) days prior to | No Change |

Order

| off | dispositive motion deadline | May 30, 2022 |
|---|---|---|
| Dispositive Motion Filing Deadline | 180 days after close of discovery | No Change June 29, 2022 |
| Joint Notice of Trial Readiness Due | Thirty (30) days after ruling on last dispositive motion | No change |

**IT IS SO ORDERED.**

Dated: August 9, 2021

Troy L. Nunley
United States District Judge

Order