J. Michael Brown
LAW OFFICE OF J. MICHAEL BROWN
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Tel: (415) 484-2200
Email: jmb@mbrown-law.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et.al.<br><br>Defendants. | Case No.: 2:21-CV-00002-TLN - DB<br><br>STIPLATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S FIRST CAUSE OF ACTION AGAINST THE COUNTY OF SAN JOAQUIN AND FOR REMAND OF ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN |

TO THE ABOVE ENITLED COURT AND TO ALL PARTIES TO THE ABOVE ENTITLED MATTER, PLEASE TAKE NOTICE:

WHEREAS, Plaintiff Erika Nunez ("Plaintiff" or "Nunez") initially filed this action in the Superior Court of California, County of San Joaquin as Case No. STK-CV-UCR-2020-004854 on June 12, 2020;

WHEREAS, on December 30, 2020, Defendant County of San Joaquin timely filed a notice of removal pursuant to 28 U.S.C. § 1331 with the United States District Court, Eastern District of California (Dkt. No. 1) and also timely notified the Superior Court of California, County of San Joaquin of the removal;

WHEREAS, Plaintiff Erika Nunez and Defendant County of San Joaquin hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure Rule 41, subdivision (a)(1)(A)(ii), to dismissal of the first cause of action of the above entitled matter, "Violation of Civil Rights, 42 USC §1983 and 42 USC §1985," in its entirety as to all Defendants

against whom it is properly alleged, with prejudice;

WHEREAS, the Parties further stipulate and agree that dismissal of the first cause of action will eliminate the lone cause of action implicating the federal Court's original jurisdiction, pursuant to 28 U.S.C. § 1331;

WHEREAS, the Parties further stipulate and agree that it is appropriate for this Court to decline to continue to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the remaining claims;

WHEREAS, the Parties stipulate and agree that after dismissal of the first cause of action, with prejudice, the above entitled matter may and shall be remanded to the Superior Court of the State of California, County of San Joaquin.

IT IS SO STIPULATED.

Dated: December 29, 2021.


*/s/ J. Michael Brown*
J. MICHAEL BROWN
Attorney for Plaintiff

Dated: December 29, 2021.

MAYALL HURLEY
A Professional Corporation


/s/ Jenny D. Baysinger
By: JENNY D. BAYSINGER
Attorneys for Defendant

**ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefore, the Court orders as follows:

1. The first cause of action, "Violation of Civil Rights, 42 USC §1983 and 42 USC §1985" is hereby dismissed as to all parties with prejudice.

2. The Court declines to continue its exercise of supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over the remaining claims and hereby remands the matter to the Superior Court of California, County of San Joaquin.

IT IS SO ORDERED:

Dated: January 3, 2022

                                        Troy L. Nunley
                                        United States District Judge